# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 8, 2021

**VIA ECF**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2021

**Re:**   **United States v. Marino Acosta**
         **17 Cr. 712 (AJN)**

Dear Judge Nathan,

   We understand that the Court appointed Annalisa Miron from Federal Defenders to represent Mr. Marino Acosta for his compassionate release petition on March 12, 2021. See Dkt. No. 82. Unfortunately, Ms. Miron has left our office and the Court Order did not come to our attention until yesterday.

   We have found a pro bono law firm that is willing to take the case. Therefore, we seek an extension of the Court's deadline, so that the law firm can become acquainted with the case and Mr. Acosta and make any filings it deems appropriate.

**SO ORDERED.**

   Thank you for your consideration.

*[signature]*
4/8/2021

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender

cc:   Michael McGinnis
      Assistant United States Attorney